FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 12  AM II: 52

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

| | |
|---|---|
| WARREN SKILLERN,                       )<br>                                        )<br>       Plaintiff,                       )<br>                                        )<br>v.                                      )<br>                                        )<br>HUGH SMITH, Warden, et. al.,            )<br>                                        )<br>       Defendants.                      ) | Case No.  CV606-47 |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12th_ day of _July_____, 2006.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA**